# IN THE COMMONWEALTH COURT OF PENNSYLVANIA

| | | |
|---|---|---|
| RDM Group and | : | |
| Zom Construction Company, | : | |
| Appellants | : | |
| | : | |
| v. | : | No. 1081 C.D. 2021 |
| | : | |
| Pittston Township Zoning Hearing | : | |
| Board and Pittston Township | : | |

## *AMENDING ORDER*

NOW, this 20th day of March, 2024, it is hereby ORDERED that the Opinion and Order filed on February 20, 2024 are hereby withdrawn and replaced with the attached amended Opinion and Order, amending Page 2, Line 8 from "Radnor Township Zoning Ordinance" to "Pittston Township Zoning Ordinance."

_____
PATRICIA A. McCULLOUGH, Judge